REDONDO STEAMSHIP COMPANY, INC., Appellant, *v.* IRVING BANK-COLUMBIA TRUST COMPANY, Respondent, Impleaded with Others.

*Banks and banking — assignment — setoff — action to recover balance of special account assigned to plaintiff — offset for amount of note held by bank indorsed by assignor.*

*Redondo S. S. Co., Inc.,* v. *Irving Bank-Columbia Trust Co.,* 219 App. Div. 837, affirmed.

(Argued June 22, 1927; decided July 20, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 18, 1927, unanimously affirming a judgment in favor of defendant-respondent, entered upon a decision of the court on trial at Special Term. The action was brought to recover the balance of a special account deposited with the bank on March 21, 1923, in the name of " Susquehanna Line, Inc., special account," the complaint alleging that the fund at the time of its deposit and ever since was the property of Redondo Steamship Company, Inc., and alleging a formal assignment of the fund by Susquehanna Line, Inc., to Redondo Steamship Company, Inc., in recognition of the Redondo Company's rights, on June 2, 1924. The bank, answering, asserted an offset in the bank's favor of the amount unpaid upon a note held by it, made by Auditore Contracting Co., Inc., indorsed by Susquehanna Line, Inc., and Joseph G. Stockham and guaranteed by Frank Auditore, payable December 11, 1923. The trial court allowed the offset in favor of the bank.

*Edward H. Wilson* and *John J. Kean* for appellant.
*Harold S. Rankine* and *Guthrie B. Plante* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Absent: ANDREWS, J.